**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys at Law
1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Stephanie L. Aranyos
212.492.2505
stephanie.aranyos@ogletreedeakins.com

August 28, 2015

**Via ECF**
The Honorable Richard J. Sullivan
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   *Lola, et al. v. Skadden, Arps, Slate, Meagher & Flom, Tower Legal Staffing, Inc.*
      *Case No.: 13 Civ. 5008 (RJS)(DCF)*

Dear Judge Sullivan:

We write on behalf of defendant Skadden, Arps, Meagher, Slate & Flom LLP ("Skadden") to respectfully request a ruling on Skadden's motion pursuant to Fed. R. Civ. P. 12(b)(6) that Skadden was not, as a matter of law, an "employer" within the meaning of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA").

By way of brief background, on or about July 18, 2013, Plaintiff filed his Complaint on behalf of himself and other allegedly similarly-situated individuals alleging that Defendants failed to pay him overtime for hours worked in excess of forty (40) hours per week. (Dkt. #17, ¶ 14.) On or about September 20, 2013, defendants Skadden and Tower Legal Solutions, Inc. d/b/a Tower Legal Staffing requested a pre-motion conference to move to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the basis that Lola was exempt from overtime under the FLSA and that Lola failed to adequately plead that Skadden was his "employer" within the meaning of the law. On September 16, 2014, Your Honor granted defendants' motion to dismiss on the basis that Lola qualified as "exempt" under the FLSA, thus finding it unnecessary to consider the "joint employer" issue. (*See* Dkt. # 35.)

Skadden respectfully requests a ruling on the "joint employer" issue raised in its motion to dismiss. Skadden is willing to rest on its prior fully briefed and submitted motion or resubmit the motion, as the Court may direct.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*[signature]*

Stephanie L. Aranyos

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico)
Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh
Portland ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

August 28, 2015
Page 2

**Ogletree Deakins**

cc: Maimon Kirschenbaum, Esq.
    Denise Schulman, Esq.
    Brian J. Gershengorn, Esq.